UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-61931-CIV-MARRA

MARTIN TACHER,

    Plaintiff,

v.

H&F PROPERTY INVESTMENT
CORP d/b/a Bonny & Reads Toucan
Hideout and 500 SURF ROAD, LLC,

    Defendants.
_____/

## ORDER CLOSING CASE

This cause is before the Court upon the Stipulation of Dismissal With Prejudice [DE 18]. The dismissal was made pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)[1]. This type of dismissal is self-executing. Upon the filing of such a dismissal, the Court is divested of jurisdiction. *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012).

The Parties appended to their Stipulation a draft order for the Court, which states, in part: "After a careful review of the Stipulation and the file, with consideration that the court will retain jurisdiction to enforce settlement . . . ." [DE 18-1 at 1]. The Court cannot, at this time, retain jurisdiction to enforce the settlement. *Anago* holds that "for a district court to retain jurisdiction over a settlement agreement where the parties dismiss the case by filing a stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii)", the court must either issue the order retaining jurisdiction

---

[1] The Stipulation cites to Fed. R. Civ. P. 42, but that appears to be a Scrivener's error.

before the stipulation is filed, or the parties must condition the effectiveness of the stipulation on the district court's entry of an order retaining jurisdiction. 677 F.3d at 1280. Neither has been done here.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the **CLERK** shall **CLOSE** this case. All pending motions are denied as moot.

**DONE AND ORDERED** in Chambers in West Palm Beach, Palm Beach County, Florida, this 21st day of December, 2015.

                                                                     KENNETH A. MARRA
                                                                     United States District Court